UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES C. SPARGO,            )<br>                             )<br>      Plaintiff,            )<br>                             )<br>v.                           )<br>                             )<br>CVS PHARMACY, INC.,          )<br>                             )<br>      Defendant.            )  | CIVIL ACTION NO.:<br>5:16-cv-00251-MTT |

### ORDER

Before the Court is Plaintiff James C. Spargo and Defendant CVS Pharmacy, Inc.'s Joint Motion for Approval of FLSA Settlement with Incorporated Memorandum.  The Court has reviewed the terms of parties' proposed settlement agreement, the factors and reasons considered by the parties in reaching the proposed settlement and justifying the compromise of Mr. Spargo's claims against CVS, as well as an order granting summary judgment for Defendant in a related matter with analogous claims asserted against Defendant.  The Court is fully advised of the premises for considering an FLSA settlement agreement and finds that the proposed settlement reached herein is a fair and reasonable resolution of a bona fide dispute between the parties over exemption, overtime, and other provisions of the FLSA.

As such, the Court hereby APPROVES the proposed settlement agreement submitted by the parties, and directs that the parties execute it and file a stipulation of dismissal with prejudice.

So ordered, this  1st day of  December , 2016 .

S/ Marc T. Treadwell
_____
Hon. Marc Thomas Treadwell
United States District Judge